UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JUAN MEJIA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-05-00543 |
| | § | |
| BUREAU OF PRISONS, FCI THREE RIVERS, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Dismiss, the Court renders final judgment dismissing plaintiff's action without prejudice for failure to prosecute.

SIGNED this 17th day of July, 2006.

_____
Janis Graham Jack
United States District Judge